In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1, TOWN OF SOMERS, WESTCHESTER COUNTY, NEW YORK, Appellant, against GEORGE D. STODDARD, as Commissioner of Education of the State of New York, Respondent.

Argued January 4, 1945; decided February 21, 1945.

*Harry H. Chambers* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, with costs; no opinion. We do not pass on the question of the procedure adopted by the petitioner-appellant.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.